1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IMMANUEL SHOTWELL,                          No.  2:22-cv-02176-TLN-EFB (HC)

12                 Petitioner,

13        v.                                       ORDER

14    PATRICK COUELLO,

15                 Respondent.

16

17           Petitioner is a state prisoner proceeding without counsel in this petition for writ of

18    habeas corpus brought under 28 U.S.C. § 2254.  On March 2, 2023, respondent filed a motion to

19    dismiss the petition.  ECF No. 10.  Petitioner has not filed an opposition or a statement of no

20    opposition to the motion to dismiss and the time for doing so has expired.

21           A responding party's failure "to file written opposition or to file a statement of no

22    opposition may be deemed a waiver of any opposition to the granting of the motion and may

23    result in the imposition of sanctions."  E.D. Cal. L.R. 230(l).  Failure to comply with any order or

24    with the Local Rules "may be grounds for imposition of any and all sanctions authorized by

25    statute or Rule or within the inherent power of the Court."  E.D. Cal. L.R. 110.  The court may

26    dismiss this action with or without prejudice, as appropriate, if a party disobeys an order or the

27    Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not

28    abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-file an

1   amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d

2   1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

3   regarding notice of change of address affirmed).

4        Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

5   petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.

6   Failure to comply with this order will result in a recommendation that this action be dismissed

7   without prejudice.

8

9   Dated:   April 10, 2023.

10                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2