UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL SHOTWELL,<br><br>   Petitioner,<br><br>   v.<br><br>PATRICK COVELLO,<br><br>   Respondent. | No. 2:22-cv-02176-TLN-EFB<br><br>**ORDER** |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 5, 2023 (ECF. No 16), are ADOPTED IN FULL;

1

2. Respondent's Motion to Dismiss the petition for writ of habeas corpus on untimeliness grounds (ECF No. 10) is GRANTED;

3. The petition for writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice;

4. The Clerk of Court is directed to close the case; and

5. The Court declines to issue a certificate of appealability.

Dated: July 11, 2023

Troy L. Nunley
United States District Judge